■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT APY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Delaney, J.), rendered August 2, 1985, convicting him of robbery in the first degree and burglary in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The sentencing court did not abuse its discretion in denying the defendant's motion to withdraw his guilty plea. The defendant knowingly and voluntarily entered his guilty plea after being fully advised of his rights, and in the course of his allocution admitted to the acts which constituted the crime to which he pleaded. Thus, the defendant's subsequent vague claim of innocence constituted an insufficient basis upon which to vacate his plea of guilty (see, People v Frederick, 45 NY2d 520).

The defendant's argument, raised in his *pro se* brief, that he was improperly sentenced as a second violent felony offender, has not been preserved for appellate review (see, People v Pellegrino, 60 NY2d 636) and, in any event, is without merit (see, Penal Law § 70.04 [1] [b] [i]; *People v Morse*, 62 NY2d 205, *appeal dismissed sub nom. Vega v New York*, 469 US 1186). We have considered the defendant's remaining contentions, including those raised in his *pro se* brief, and find them to be without merit. Mollen, P. J., Bracken, Rubin, Kooper and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL BAEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Moskowitz, J.), rendered December 18, 1985, convicting him of rape in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; *People v Paige*, 54 AD2d 631; *cf., People v Gonzalez*, 47 NY2d 606). Thompson, J. P., Niehoff, Eiber, Sullivan and Harwood, JJ., concur.